IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ANTHONY DRAYTON,

    Petitioner,          No. CIV S-99-0708 GEB DAD P

  vs.

R. CASTRO,

    Respondent.        ORDER

/

       Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 18, 2005, petitioner filed a letter to the court inquiring about the status of his case. Petitioner is advised that the case is submitted for decision and, in the near future, the court will issue its findings and recommendations. Because of the court's caseload, a response to inquiries about the status of individual cases cannot always be provided. As long as the petitioner keeps the court informed of any change of address, no further action is necessary.

/////

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's request for information
2 regarding the status of his case is granted.
3 DATED: July 25, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:8:drayton708.status