1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ROBERT ANTHONY DRAYTON,

10          Petitioner,                    No. CIV S-99-0708 GEB DAD P

11      vs.

12   R. CASTRO,

13          Respondent.                    ORDER

14   _____/

15          Petitioner has requested the appointment of counsel.  There currently exists no

16   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

17   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

19   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

20   served by the appointment of counsel at the present time.

21          Accordingly, IT IS HEREBY ORDERED that petitioner's July 29, 2005 request

22   for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage

23   of the proceedings.

24   DATED: August 5, 2005.

25

26   DAD/bb
     dray0708.110

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE