IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ANTHONY DRAYTON,

    Petitioner,               No. CIV S-99-0708 GEB DAD P

    vs.

R. CASTRO,

    Respondent.             ORDER

_____/

        On August 8, 2005, petitioner filed a request for the appointment of counsel. That document was not served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on respondent. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondent, then documents submitted by petitioner must be served on that attorney and not on the respondent himself. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the

/////

/////

/////

1

document was mailed to respondent or his attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).[1]

Accordingly, IT IS HEREBY ORDERED that petitioner's August 8, 2005 request for the appointment of counsel will be placed in the court file and disregarded. Petitioner is cautioned that failure to properly serve any documents subsequently filed in this action, and failure to include a proper certificate of service with such filing, may result in a recommendation that this action be dismissed.

DATED: August 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb
dray0708.135

---

[1] Petitioner filed a recent request for appointment of counsel, which was denied on August 8, 2005. Petitioner is again advised that the court does not find the interests of justice would be served by the appointment of counsel at the present time.

2