IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ANTHONY DRAYTON,

    Petitioner,                  No. CIV S-99-0708 GEB DAD P

    vs.

R. CASTRO,

    Respondent.                <u>ORDER</u>

_____/

        On December 9, 2005, petitioner submitted a notice of change of address. That document was not served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on respondent. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondent, then documents submitted by petitioner must be served on that attorney and not on the respondent himself. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondent or his attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

/////

Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of this order petitioner shall serve on respondent a copy of the December 9, 2005 notice of change of address and shall file proper proof of said service with the court.

DATED: January 5, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
dray0708.135a