1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ROBERT ANTHONY DRAYTON,

11           Petitioner,            2:99-cv-0708-GEB-DAD-P

12    vs.

13 R. CASTRO,

14           Respondent.       <u>ORDER</u>

15 _____/

16       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17 this court's January 29, 2007, denial of his application for a writ of habeas corpus.[1]  Before

18 petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19 Fed. R. App. P. 22(b).

20       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21 applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22 § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23 satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24

     [1]  Petitioner's notice of appeal was filed on January 25, 2007, four days prior to the
25 judgment in this case.  However, pursuant to Rule 4(a)(2) of the Federal Rules of Appellate
Procedure, a notice of appeal filed prior to the entry of judgment is treated as filed on the date of
26 the entry of judgment.

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[2]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether there was insufficient evidence to support the jury's finding that the murder in question was committed during the commission of a robbery; (2) whether the jury was given erroneous instructions with respect to the robbery special circumstance; and (3) whether the trial court erred when it failed to record the original verdict returned by the jury.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated:  February 23, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.